[Cite as *State v. Bronczyk*, 2013-Ohio-3129.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

### JOURNAL ENTRY AND OPINION
### No. 98664

## STATE OF OHIO

PLAINTIFF-APPELLEE

vs.

## JOSEPH BRONCZYK

DEFENDANT-APPELLANT

### JUDGMENT:
APPLICATION DENIED

Cuyahoga County Common Pleas Court
Case No. CR-540345
Application for Reopening
Motion No. 465969

**RELEASE DATE:** July 17, 2013

**APPELLANT**

Joseph Bronczyk, Pro Se
No. 594-815
2500 South Avon Belden Road
Grafton, Ohio 44044

**ATTORNEYS FOR APPELLEE**

Timothy J. McGinty
Cuyahoga County Prosecutor
By: Holly Welsh
Assistant County Prosecutor
1200 Ontario Street
Cleveland, Ohio 44113

KATHLEEN ANN KEOUGH, J.:

{¶1} On June 20, 2013, Joseph Bronczyk filed an application for reopening pursuant to App.R. 26(B). Bronczyk is attempting to reopen the appeal that was dismissed by this court on May 8, 2013.

App.R. 26(B)(1) provides that

a defendant in a criminal case **may apply for reopening of the appeal from the judgment of conviction and sentence**, based on a claim of ineffective assistance of appellate counsel. An application for reopening shall be filed in the court of appeals where the appeal was decided within ninety days from journalization of the appellate judgment unless the applicant shows good cause for filing at a later time.

(Emphasis added.)

{¶2} In the case sub judice, no appellate judgment was announced and journalized by this court that reviewed Bronczyk's conviction and sentence as rendered in *State v. Bronczyk*, Cuyahoga C.P. No. CR-540345. Thus, this court is prevented from considering Bronczyk's application for reopening as made pursuant to App.R. 26(B). *State v. Loomer*, 76 Ohio St.3d 398, 1996-Ohio-59, 667 N.E.2d 1209; *See also State v. Halliwell*, 8th Dist. No. 70369, 1999 Ohio App. LEXIS 285 (Jan. 28, 1999).

Accordingly, the application for reopening is denied.

_____

KATHLEEN ANN KEOUGH, JUDGE

FRANK D. CELEBREZZE, JR., P.J., and
MARY EILEEN KILBANE, J., CONCUR